# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Reginald Jerry Shaw,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:18-cv-00182-FDW |
| | ) | 5:16-cr-00046-FDW-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent(s). | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 28, 2019 Order.

January 28, 2019

Frank G. Johns, Clerk
United States District Court